**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **LESLIE HARGRAVES,** | § | |
|   *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 9:23cv35** |
| | § | |
| **TRINITY COUNTY; CITY OF TRINITY;** | § | *JURY DEMANDED* |
| **HOUSTON COUNTY; GROVETON** | § | |
| **COUNTY; SHERIFF WOODY WALLACE;** | § | |
| **DEPUTY WHITE; OFFICER COWARD;** | § | |
| **OFFICER COSTEL; DEPUTY TLM;** | § | |
| **WESTWOOD SHORES; MARK COLE;** | § | |
| **and DENISE M.,** | § | |
|   *Defendants.* | § | |

## JOINT NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Defendants **TRINITY COUNTY and HOUSTON COUNTY,** and file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, would show the Court the following:

1.     On or about August 19, 2022, Plaintiff filed her Original Petition in the Judicial District Court of Houston County, Texas, Cause No. 22-0153, naming Trinity County and Houston County, among others, as Defendants.  Defendant Trinity County was served with process on or about January 30, 2023.  Defendant Trinity County appeared and answered on or about February 17, 2023. Defendant Houston County was served with process on or about January 30, 2023.  Defendant Houston County appeared and answered on or about February 17, 2023.

2.     **Grounds for Removal**.  Some or all of Plaintiff's claims against Defendants

are based upon claims for alleged deprivation of constitutional rights, actionable under auspices of 42 U.S.C. §1983, which states in pertinent part, as follows:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . .

42 U.S.C. §1983.  Specifically, Plaintiff alleges that she has suffered violations of the Fourth and Fourteenth Amendments, as well as the ADA. Petition, ¶¶ 23-26. Consequently, this Court has federal question jurisdiction over Plaintiff's constitutional claims pursuant to 28 U.S.C. §1331 which grants district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

3.      **Compliance With Removal Statutes**.  Defendants have complied with the requirements for removal set forth in 28 U.S.C. §1446(b).  Plaintiff filed her Original Petition on August 19, 2022.  Defendant Trinity County was served with citation on January 30, 2023. (See Ex. "E", Citation by certified mail on Trinity County).  Defendant Houston County was served with citation on January 30, 2023, (See Ex. "F", Citation by mail on Houston County). Wednesday, March 1, 2023, is the 30th day following service of citation. Accordingly, this Joint Notice of Removal, filed February 17, 2023, is timely.

4.      Pursuant to Local Rule CV-81, Defendants provide the following information:

a.      **List of Parties:**

Plaintiffs:        Leslie Hargraves

Defendant:        Trinity County
                  City of Trinity
                  Houston County

                              Groveton County
                              Sheriff Woody Wallace
                              Deputy White
                              Officer Coward
                              Officer Costel
                              Deputy TLM
                              Westwood Shores
                              Mark Cole
                              Denise M

**b.    Attachments:**

1.    Civil Cover Sheet
2.    Certified Copy of Houston County Docket Sheet (Ex. A)
3.    Complaint (Original Petition) (Ex. B)
4.    Defendant Trinity County's Original Answer (Ex. C)
5.    Defendant Houston County's Original Answer (Ex. D)
6.    Defendant Trinity County's Jury Demand is paragraph II of Exhibit C
7.    Defendant Houston County's Jury Demand is paragraph IV of Exhibit D
8.    Process issued and served on Defendant Trinity County (Ex. E)
9.    Process issued and served on Defendant Houston County (Ex. F)

**c.    List of Attorneys to date:**

Counsel for Plaintiff:

U. A. Lewis
State Bar No. 24076511
Lewis Lewis Law Group
P. O. Box 27353
Houston, TX 77227
713.570.6555
713.581.1017 Facsimile

Counsel for Defendant Trinity County:

Chad C. Rook
State Bar No. 17227750
Robert S. Davis
State Bar No. 05544200
Lead Counsel

FLOWERS DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
903.534.8063
903.534.1650 Facsimile

Counsel for Defendant Houston County:

David Iglesias
State Bar No. 24051733
IGLESIAS LAW FIRM, PLLC
605 Chase Drive, Suite 8
Tyler, Texas 75701
903.944.7185
903.630.5338 Facsimile

d.   A jury demand was made in the State Court action by Defendants and as part of their removal, Defendants make demand for a jury.

e.   This case is being removed from the Judicial District Court of Houston County, Texas, Cause No. 22-0153.

5.   **CONSOLIDATION.**  Defendant also wants to make the Court aware that Plaintiff has filed two identical lawsuits in state court (same parties, same allegations, completely identical) - one in Trinity County, Texas and one in Houston County, Texas. Both are being removed to this Court. Subsequent to removal, Defendant will move to have the cases consolidated.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com

**CHAD C. ROOK**
State Bar No. 17227750
ccr@flowersdavis.com

**ATTORNEYS FOR DEFENDANT,
TRINITY COUNTY**

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
903.944.7185
903.630.5338 Facsimile

/s/ David Iglesias
**DAVID IGLESIAS**
State Bar No. 24051733
david@iglesiaslawfirm.com

**ATTORNEYS FOR DEFENDANT,
HOUSTON COUNTY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record, as listed below, in the above entitled and numbered cause on February 17, 2023, in the following manner:

  X   Via CM/RRR 701 2120 0001 7709 3569
      U. A. Lewis
      Lewis Lewis Law Group
      P. O. Box 27353
      Houston, TX 77227


**ROBERT S. DAVIS**